## Commonwealth v. Corbin, Appellant.

Argued June 13, 1973. *D. M. Masciantonio*, for appellant; *Albert L. Becker*, Assistant District Attorney, with him *James T. Ranney* and *Milton M. Stein*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Davis, Appellant.

Submitted June 11, 1973. *Stephen R. Signore, Jr.*, Public Defender, for appellant; *J. David Bean* and *Stewart J. Greenleaf*, Assistant District Attorneys, *William T. Nicholas*, First Assistant District Attorney, and *Milton O. Moss*, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.